UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRISTOPHER VILSAINT,

                        Petitioner,              **ORDER**

       -against-                                 23 Civ. 5563 (PMH)(JCM)

ANTHONY ANNUCCI,

                       Respondent.
-----------------------------------------------------------------X

On November 2, 2023, Respondent filed a motion to dismiss the Petition. (Docket No. 12). As of today, no response has been filed by Petitioner. If Petitioner does not submit a response by February 27, 2024, the Court will deem this matter fully submitted.

Dated:  February 6, 2024
          White Plains, New York

                                                   **SO ORDERED:**

                                                   _____
                                                   JUDITH C. McCARTHY
                                                   United States Magistrate Judge